# Court of Appeals
# of the State of Georgia

ATLANTA,  April 05, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1126. TIMOTHY WOODARD v. DEBBIE BROOKS.**

Prisoner Timothy Woodard filed this original mandamus petition, naming as respondent Debbie Brooks, Clerk of Spalding County Superior Court. Woodard contends that he filed a habeas corpus action in the superior court, which was subsequently dismissed. According to Woodard, he appealed the dismissal order in November 2021, but the superior court failed to transmit the record. Woodard seeks an order of compelling the superior court to transmit the record to this Court.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Because Woodard seeks to compel transmission of a habeas appeal, it appears jurisdiction may lie in the Supreme Court. As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/05/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_
, Clerk.